**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BASS, | Case No. 1:10-CV-01216-OWW-GSA |
| Petitioner, | STIPULATION AND ORDER RE REMAND OF WRIT OF ADMINISTRATIVE MANDAMUS AND STAY OF 42 U.S.C. SECTION 1983 ACTION |
| v. | |
| CIVIL SERVICE BOARD OF THE CITY OF FRESNO; Respondent; CITY OF FRESNO, | |
| Defendants, | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. On September 20, 2010, the parties had a hearing on the City's motion to dismiss;

2. Plaintiff's cause of action for writ of administrative mandamus shall be severed and remanded back to the Superior Court of the State of California for the County of Fresno for adjudication;

3. Plaintiff's claim for violation of 42 U.S.C. Section 1983 based on the Fourteenth Amendment shall remain in the United States District Court;

4. Plaintiff will amend his claim for 42 U.S.C. Section 1983 by October 5, 2010;

1    5.    After the filing of the first amended complaint, the federal lawsuit will
2 be stayed pending resolution of Plaintiff's writ of administrative mandamus; and
3    6.    The parties will advise the Court upon completion of the writ
4 proceedings so that the Court may set dates for a responsive pleading and for the initial
5 scheduling conference.

7 Dated: September 24, 2010          BETTS & RUBIN

                                    By /s/ Joseph D. Rubin
9                                       Joseph D. Rubin
                                    Attorneys for Defendant CITY OF FRESNO

12 Dated: September 24, 2010

13                                  By /s/ Robert Rosati
                                       Robert Rosati
14                                  Attorneys for Plaintiff JAMES BASS

16 Dated: September 24, 2010          TUTTLE & McCLOSKEY

18                                  By /s/ Daniel T. McCloskey
                                       Daniel T. McCloskey
                                    Attorneys for Defendant CIVIL SERVICE
19                                  BOARD

- 2 -                                                                    Stipulation

**ORDER**

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's cause of action for writ of administrative mandamus shall be severed and remanded back to the Superior Court of the State of California for the County of Fresno for adjudication;

2. Plaintiff's claim for violation of 42 U.S.C. Section 1983 based on the Fourteenth Amendment shall remain in the United States District Court;

3. Plaintiff will amend his claim for 42 U.S.C. Section 1983 by October 5, 2010;

4. After the filing of the first amended complaint, the federal lawsuit will be stayed pending resolution of Plaintiff's writ of administrative mandamus.

IT IS SO ORDERED.

**Dated:   September 24, 2010**            /s/ Oliver W. Wanger
                                                             UNITED STATES DISTRICT JUDGE