IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BASS, | CASE NO. CV F 10-1216 LJO GSA |
|     Plaintiff, | **ORDER FOR STATUS REPORTS** |
|   vs. | |
| CIVIL SERVE BOARD OF THE CITY OF FRESNO, et al., | |
|     Defendants. | |

With remand of plaintiff's writ of administrative mandamus claim and stay of this action, this Court ORDERS the parties, no later than October 31, 2011, to file a joint status report and additional joint status reports every 120 days thereafter until disposition of this action. The joint status reports shall address status of the remanded claim and whether to lift the stay of this action.

IT IS SO ORDERED.

Dated:   October 17, 2011            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE