IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BASS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CIVIL SERVICE BOARD OF THE<br>CITY OF FRESNO, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 10-1216 LJO BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER<br>(Doc. 21.) |

This Court's October 17, 2011 order required the parties to file joint status reports every 120 days, starting October 31, 2011. The parties have disobeyed the October 17, 2011 order in failing to file a further status report. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than March 12, 2012, to file papers to show cause why sanctions, including dismissal of claims or monetary sanctions, should not be imposed for failure to comply with the October 17, 2011 order. This order to show cause will be discharged if, no later than March 12, 2012, the parties file a joint status report.

This Court ADMONISHES the parties and counsel that they are required to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   March 5, 2012**                             /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE