1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    JAMES BASS,                          CASE NO. CV F 10-1216 LJO BAM

10              Plaintiff,                ORDER TO SHOW CAUSE WHY SANCTIONS
                                          SHOULD NOT BE IMPOSED FOR FAILURE TO
11          vs.                           OBEY ORDER
                                          (Doc. 21.)
12   CIVIL SERVICE BOARD OF THE
     CITY OF FRESNO, et al.,
13
                Defendants.
14   _____/

15          This Court's October 17, 2011 order required the parties to file joint status reports every 120

16   days, starting October 31, 2011.  The parties have disobeyed the October 17, 2011 order in failing to file

17   a further status report.  This Court's Local Rule 11-110 provides that failure to comply with an order of

18   this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute

19   or Rule or within the inherent power of the Court."

20          Accordingly, this Court ORDERS the parties, no later than March 12, 2012, to file papers to

21   show cause why sanctions, including dismissal of claims or monetary sanctions, should not be imposed

22   for failure to comply with the October 17, 2011 order.  This order to show cause will be discharged if,

23   no later than March 12, 2012, the parties file a joint status report.

24          This Court ADMONISHES the parties and counsel that they are required to observe and comply

25   with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to

26   sanctions as this Court deems appropriate.

27          IT IS SO ORDERED.

28   **Dated:    March 5, 2012**              **/s/ Lawrence J. O'Neill**

                                        1

1                                    UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28