IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BASS, | CASE NO. CV F 10-1216 LJO GSQ |
| Plaintiff, | **ORDER TO CONTINUE STAY AND FOR STATUS REPORTS** |
| vs. | |
| CIVIL SERVE BOARD OF THE CITY OF FRESNO, et al., | |
| Defendants. | |
| _____/ | |

Based on the parties' March 8, 2012 joint status report, this Court continues the stay of this action ORDERS the parties, no later than June 8, 2011 (or earlier as necessary), to file a joint status report and additional joint status reports every 120 days thereafter until disposition of this action. The joint status reports shall address status of plaintiff's remanded writ of administrative mandamus claim and whether to lift the stay of this action.

IT IS SO ORDERED.

**Dated:   March 9, 2012**                     /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1