1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

JAMES BASS,                                      CASE NO. CV F 10-1216 LJO GSQ

12
                            Plaintiff,           **AMENDED ORDER TO CONTINUE STAY**
13                                               **AND FOR STATUS REPORTS**

14          vs.

CIVIL SERVE BOARD OF THE CITY
15 OF FRESNO, et al.,

16                          Defendants.

17  _____/

18          Based on the parties' March 8, 2012 joint status report, this Court continues the stay of this

19 action ORDERS the parties, **no later than June 8, 2012**[1] (or earlier as necessary), to file a joint status

20 report and additional joint status reports every 120 days thereafter until disposition of this action.  The

21 joint status reports shall address status of plaintiff's remanded writ of administrative mandamus claim

22 and whether to lift the stay of this action.

23

24

25          IT IS SO ORDERED.

26 **Dated:   May 10, 2012**                    _____/s/ Lawrence J. O'Neill_____

27  _____

28          [1]      This Court's March 9, 2012 order to continue stay and for status reports inadvertently set a June 8, 2011
deadline for status reports.

1

1                           UNITED STATES DISTRICT JUDGE