1  **BETTS, RUBIN & McGUINNESS, A Professional Corporation**
   Attorneys at Law
2  907 Santa Fe Avenue, Suite 201
   Fresno, CA 93721
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant CITY OF FRESNO

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | JAMES BASS,                          ) | Case No. 1:10-CV-01216-LJO
                                          )
11 |          Petitioner,                 ) | STIPULATION AND ORDER TO
                                          ) | DISMISS ACTION
12 |     v.                               )
                                          )
13 | CIVIL SERVICE BOARD OF THE CITY OF   )
    FRESNO; Respondent; CITY OF           )
14 | FRESNO,                              )
                                          )
15 |          Defendants,                 )
    _____    )
16

Stip re Dismissal

1 IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff James Bass and Defendants City of Fresno and its Civil Service Board, through their counsel of record, that:

Plaintiff James Bass dismisses the action against all Defendants with prejudice, with each party to bear his/its own fees and costs.

Dated: January 23, 2013          BETTS, RUBIN & McGUINNESS


/s/   Joseph D. Rubin
Joseph D. Rubin, Esq.
Attorney for Defendant CITY OF FRESNO


Dated: January 23, 2013          TUTTLE AND McCLOSKEY


/s/ James F. McBrearty
James F. McBrearty
Attorneys for Defendant Civil Service Board of the City of Fresno


Dated: January 23, 2013


/s/   Robert Rosati

Robert Rosati, Esq.
Attorney for Plaintiff JAMES BASS


**ORDER**

Based on the parties' stipulation, this Court DISMISSES with prejudice this action in its entirety and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 23, 2013**          /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE