**BETTS, RUBIN & McGUINNESS, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BASS, | Case No. 1:10-CV-01216-LJO |
| Petitioner, | STIPULATION AND ORDER TO DISMISS ACTION |
| v. | |
| CIVIL SERVICE BOARD OF THE CITY OF FRESNO; Respondent; CITY OF FRESNO, | |
| Defendants, | |

Stip re Dismissal

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff James Bass and Defendants City of Fresno and its Civil Service Board, through their counsel of record, that:

Plaintiff James Bass dismisses the action against all Defendants with prejudice, with each party to bear his/its own fees and costs.

Dated:  January 23, 2013                                BETTS, RUBIN & McGUINNESS


                                                        /s/   Joseph D. Rubin
                                                        Joseph D. Rubin, Esq.
                                                        Attorney for Defendant CITY OF FRESNO


Dated:  January 23, 2013                                TUTTLE AND McCLOSKEY


                                                        /s/ James F. McBrearty
                                                        James F. McBrearty
                                                        Attorneys for Defendant Civil Service Board of
                                                        the City of Fresno


Dated:  January 23, 2013


                                                        /s/   Robert Rosati

                                                        Robert Rosati, Esq.
                                                        Attorney for Plaintiff JAMES BASS




**ORDER**

Based on the parties' stipulation, this Court DISMISSES with prejudice this action in its entirety and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 23, 2013**            /s/  Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE